**Order entered February 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-21-00251-CR
No. 05-21-00252-CR
No. 05-21-00253-CR

**ERIC CALVIN TUAZON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 416-80963-2020 & 416-83493-2020 cts. 1-2**

**ORDER**

Before the Court is the State's February 10, 2022 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received on February 10, 2022 filed as of the date of this order.

/s/     LANA MYERS
JUSTICE